# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 03 C 7375 | **DATE** | 4/14/2004 |
| **CASE TITLE** | Sheet Metal Workers Local 265 Welfare Fund, et al. vs. W.T. Mechanical, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due _____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Report and recommendation recommending that plaintiffs' motion for entry of a turnover order in the amount of $24,850.83 against garnishee defendant Grub & Ellis Management Services be granted is hereby entered of record. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 4 number of notices | **Document Number** |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | APR 15 2004 date docketed | 27 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| ✓ | Copy to judge/magistrate judge. | | 4/14/2004 date mailed notice | |
| IS | courtroom deputy's initials | Date/time received in central Clerk's Office | IS mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al., ) ) ) | |
| Plaintiffs, ) ) | Case No. 03 C 7375 |
| v. ) ) | Judge Suzanne B. Conlon |
| W.T. MECHANICAL, INC., a corporation, ) ) | Magistrate Judge Martin C. Ashman |
| Defendant, ) ) | |
| and ) ) | |
| GRUBB & ELLIS MANAGEMENT SERVICES, INC., ) ) ) | DOCKETED APR 1 5 2004 |
| Garnishee Defendant. ) | |

## REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiffs' motion for entry of a turnover order against Garnishee Defendant Grubb & Ellis Management Services for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1.

The Court finds that on December 11, 2003, judgment was entered by Judge Conlon in favor of Plaintiffs in the amount of $24,850.83. On March 5, 2004, Plaintiffs caused a nonwage garnishment summons and interrogatories to be served on the Garnishee Defendant. On March 31, 2004, Garnishee Defendant answered Plaintiffs' Interrogatories indicating that it was in possession of $29,986.30, which was then due and owing to Defendant, W.T. Mechanical, Inc. There remains $24,850.83 due and owing on the judgment entered on December 11, 2003.

For these reasons, the Court recommends that Plaintiffs' motion for entry of a turnover order in the amount of $24,850.83 against Garnishee Defendant Grubb & Ellis Management Services be granted.

_____
**MARTIN C. ASHMAN**
United States Magistrate Judge

Dated: April 14, 2004.

Written objections to any finding of fact, conclusion of law, or the recommendation for disposition of this matter must be filed with the Honorable Suzanne B. Conlon within ten (10) days after service of this Report and Recommendation. *See* Fed. R. Civ. P. 72(b). Failure to object will constitute a waiver of objections on appeal.

Copies have been mailed to:

| | |
|---|---|
| SCOTT D. PFEIFFER, Esq. | MR. WARREN TESSARI |
| Baum Sigman Auerbach & Neuman, Ltd. | W.T. Mechanical, Inc. |
| 200 West Adams Street | 545 Willowbrook Centre Parkway |
| Suite 2200 | Unit 2 |
| Chicago, IL 60606 | Willowbrook, IL 60527 |
| Attorneys for Plaintiffs | *Pro Se* Defendant |

ELYSE TISH, Esq.
Grubb & Ellis
2215 Sanders Road
Suite 400
Northbrook, IL 60062

Attorneys for Garnishee Defendant